Katelyn D. Skinner, OSB No. 105055
Katrina Seipel, OSB No. 164793
Buckley Law, P.C.
5300 Meadows Road, Suite 200
Lake Oswego, OR 97035
Telephone: 503-620-8900
Fax: 503-620-4878
Emails: kds@buckley-law.com
        kas@buckley-law.com
Of Attorneys for Respondent Spirit Bridger

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

Portland Division

In re the Application of:

ANDREW CHARLES NISBET,

　　　　　Petitioner,

　　and

SPIRIT ROSE BRIDGER,

　　　　　Respondent.

Case No.: 3:23-cv-00850-IM

JOINT EXHIBIT LIST

The Convention on the Civil Aspects of International Child Abduction
Done at the Hague on 25 Oct 1980
International Child Abduction Remedies Act, 22 USC § 9001 *et seq.*

　　　　Counsel for Respondent, Katrina Seipel, submits this *Joint Exhibit List* on behalf of

the parties pursuant to the Court's order (Docket #13) dated September 13, 2023. Counsel

for Respondent has included the narrative of Petitioner's exhibits as exactly provided to her

by counsel for Petitioner via e-mail on September 27, 2023, except that the minor children's

names have been redacted to their initials to comply with Federal Rule of Civil Procedure

5.2,

PETITIONER'S EXHIBITS

EXHIBIT NUMBER

1.          Original Hague Convention Application Document – Submitted via email 18

            Oct 2022

2.          Passports and birth certificates

            2a.      Passport Andrew Nisbet

            2b.      Passport ACN

            2c.      Passport Spirit Bridger

            2d.      Birth Certificate ACN

            2e.      Birth Certificate KRN

3.          Addendum information as part of Original Hague Convention Application

4.          Timeline of application dates.

            4a.      Email with date of Hague Convention Application

            4b.      PACER Court filing 12 June 2023

5.          Letters Dr. Radley (Risk to children, safe home, discharge)

            5a.      No risk to children – Dated 31 May 2023

            5b.      Options to care for children – Dated 25 June 2023

            5c.      Recommending discharge – Dated 18 September 2023

6.          Letter Prof. McGuire – Dated 4 September 2023

            6a.      Report Prof. McGuire – Dated 12 July 2023

7.          Report Dr. Murphy – Dated 23 June 2023

8.          Letter Rev. Philip Evans – Dated 23 June 2023

9.          Initial Emails with Spirit

10.         Confirmation school placements letter – Dated 28 September 2022

11.         Letter Paul Harper about looking after children – Dated 9 September 2023

12.          Letter Jane Pointon regarding DHR – Dated 14 September 2023

13.          Letter Spirit Bridger 2020

14.          Letter Spirit Bridger 2022

15.          Loan 1 to Spirit due 2023

16.          Loan 2 to Spirit due 2023

## RESPONDENT'S EXHIBITS

EXHIBIT NUMBER

101.         Emails dated May 15, 2022, from KLM airlines to Spirit Bridger re: flights
             from Edinburgh, UK, to Portland, Oregon, USA.

102.         Sentencing Judgment, dated August 19, 2020 in the case of The Attorney
             General (Jersey) v. Andrew Charles Nisbet (Judgment [2020]JRC167).

103.         Ex Tempore Judgment, dated April 21, 2021, in the case of the Attorney
             General (Jersey) v. Andrew Charles Nisbet (Judgment [2021]JRC131).

104.         Copy of identification page of U.S. passport for KRN.

105.         Oregon Health Plan benefits page for Spirit Bridger and minor children.

106.         Social Security Administration letter, dated August 31, 2022, to Spirit Bridger
             for ACN re: social security card.

107.         Social Security Administration letter, dated August 31, 2022, to Spirit Bridger
             for KRN re: social security card.

108A.        Initial Psychology Report for Andrew Nisbet, dated December 19, 2019.

108B.        Psychiatric Report for Andrew Charles Nisbet, dated April 10, 2020.

108C.        Psychiatric Report for Andrew Nisbet, dated July 16, 2020.

108D.        Addendum Psychiatric Court Report, dated July 30, 2020.

108E.        Addendum Psychiatric Report, dated July 30, 2020.

108F.    Joint Statement of Dr. Ian Cumming, Dr. Richard Lathan, dated August 17, 2020.

108G.    Written statement by Andrew Charles Nisbet, dated August 9, 2019.

109.    Psychology Report, dated July 12, 2021.

110.    Statements for Tribunal (undated)

111.    Grant of Leave to Remain – Five Year Partner Route application letter, dated November 18, 2018 to Spirit Bridger, granting 30 months limited leave to remain in U.K. (residence permit).

112.    Questions/Answer to Spirit (undated)

113.    News article: *Doctor who killed own mother sent to secure mental health unit,* Bailiwickexpress.com, dated August 19, 2020.

114.    Domestic Homicide Review, Learning Summary, dated August 2021, Professor Jane Monckton Smith.

115.    Judgment, dated February 27, 2020 in the case of The Attorney General (Jersey) v. Andrew Charles Nisbet (Judgment [2020]JRC038).

116.    Judgment, dated January 12, 2021 in the case of The Attorney General (Jersey) v. Andrew Charles Nisbet (Judgment [2021]JRC005).

117.    Statement of Consent: Issuance of a U.S. Passport to a Minor Under Age 16, for ACN, signed August 30, 2019, by Andrew Charles Nisbet before a Notary.

118.    Handwritten letter from Andrew Charles Nisbet to Nick and Julian (undated).

119.    Email dated February 18, 2021, from Leah Bewick to Spirit Bridger re: Positive Behavior Support Plan for Andrew Nisbet.

120.    Positive Behavior Support Plan for Andrew Nisbet, dated August 18, 2020 (unsigned).

121.        Email dated January 13, 2022, from Andrew Nisbet to Spirit Bridger requesting she write a letter to attorneys in support of him being granted unescorted leave.

122.        Letter dated January 13, 2022, by Spirit Bridger re: unescorted leave for Andrew Nisbet.

123.        Email dated August 22, 2021, from Andrew Nisbet to Spirit Bridger re: Draft Questions and Answers for Spirit Bridger.

124.        Email dated September 7, 2021, from Andrew Nisbet re: budget for Spirit Bridger.

125.        Letter dated June 7, 2023, written by Lisa Conway in support of Spirit Bridger.

126.        Letter dated June 8, 2023, written by Rayya Ghul in support of Spirit Bridger.

127.        News article: *Doctor who killed mother loses bid to relax Royal Court controls,* Bailiwickexpress.com, dated January 18, 2022.

128.        *Curriculum Vitae* of Landon Poppleton, PhD., J.D.

129.        *Curriculum Vitae of* Merle H. Weiner, J.D.

130.        *Curriculum Vitae* of David Steenson.

DATED: September 29, 2023

Katrina Seipel, OSB #164793
Of Attorneys for Respondent

## CERTIFICATE OF SERVICE

I certify that this document was served by electronic service through the CM/ECF system and by e-mail upon Bradley Lechman-Su, at bradley@bradleylechmansu.com, on this 29th day of September, 2023.

Katrina Seipel, OSB #164793
Of Attorneys for Respondent
kas@buckley-law.com