Katelyn D. Skinner, OSB No. 105055
Katrina Seipel, OSB No. 164793
Buckley Law, P.C.
5300 Meadows Road, Suite 200
Lake Oswego, OR 97035
Telephone: 503-620-8900
Fax: 503-620-4878
Emails: kds@buckley-law.com
        kas@buckley-law.com
Of Attorneys for Respondent Spirit Bridger

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| In re the Application of: | Case No.: 3:23-cv-00850-IM |
| ANDREW CHARLES NISBET, | |
| Petitioner, | |
| and | RESPONDENT'S STATEMENT OF FEES AND COSTS |
| SPIRIT ROSE BRIDGER, | |
| Respondent. | |

The Convention on the Civil Aspects of International Child Abduction
Done at the Hague on 25 Oct 1980
International Child Abduction Remedies Act, 22 USC § 9001 *et seq.*

COMES NOW, Respondent Spirit Bridger, by and through her attorney of record, Katrina Seipel, and submits her Statement of Fees and Costs, requesting that Petitioner and/or Petitioner's counsel be joint and severally liable for her reasonable attorney fees and costs incurred in this matter. Pursuant to this Court's inherent power to award attorney fees, FRCP 37, FRCP 54(d), and 28 U.S.C. § 1927, Respondent is entitled to a reasonable sum for attorney fees, costs, and expenses reasonably and necessarily incurred.

The number of hours and services rendered in this matter by each attorney and staff member, and the hourly rate for each, are set forth in detail in the attached **Exhibit 1**. Exhibit 1 is summarized as follows:

| NAME | HOURLY RATE | HOURS | FEES |
|---|---|---|---|
| Attorney Jaye Taylor | $475 | 0.8 | $380.00 |
| Attorney Katelyn Skinner | $410 | 12.4 | $5,084.00 |
| Attorney Katrina Seipel | $340 | 159.8 | $54,332.00 |
| Attorney Sarah Holmes | $280 | 0.5 | $140.00 |
| Paralegal Wendy Goodyear | $240 | 32.2 | $7,728.00 |
| Legal Assistant Lucas Dudley | $140 | 6.5 | $910.00 |
| Legal Assistant Megan Johnson | $130 | 0.5 | $65.00 |
| Project Assistant Monica Via | $125 | 2.3 | $287.50 |
| **Total Fees** | | | **$68,926.50** |

The following costs are reasonable and necessary and are not included in the hourly rates set forth above:

| DESCRIPTION | TOTAL |
|---|---|
| Expert Witness Retainer: Dr. Poppleton | $3,750.00 |
| Research Costs | $683.91 |
| Expert Witness Fee: Merle Weiner | $400.00 |
| Mileage/Parking | $152.08 |
| Expert Witness Fee: Advocate Steenson | $5,195.15 |
| Expert Witness Additional Fees: Dr. Poppleton | $7,968.75 |
| **Total Costs** | **$18,149.89** |

Based on the above, Respondent is entitled to an award for her reasonable and necessary fees and costs totaling **$87,076.39**. Respondent's Statement of Fees and Costs is supported by **Exhibit 1** and the Memorandum filed herewith and incorporated by reference. Respectfully submitted this 7th day of November, 2023.

                                                Katrina Seipel, OSB #164793
                                                Of Attorneys for Respondent

## CERTIFICATE OF SERVICE

I certify that this document was served by electronic service through the CM/ECF filing system and by e-mail upon Bradley Lechman-Su, at bradley@bradleylechmansu.com, on this 7th day of November, 2023.

                                                Katrina Seipel, OSB #164793
                                                Of Attorneys for Respondent
                                                kas@buckley-law.com

**BUCKLEY LAW** P.C.

Buckley Law P.C.
5300 Meadows Road, Suite 200
Lake Oswego, OR 97035

## SPIRIT BRIDGER, USDC Case 3:23-cv-00850-IM

| Prof | Date | Units | Price | Amount | Component | Narrative |
|---|---|---|---|---|---|---|
| WAG | 06/28/2023 | 0.40 | $0.00 | $0.00 | Professional Fee | Confer with Attorneys Taylor and Seipel re: possible Hague convention case (no charge) |
| LWD | 07/05/2023 | 0.00 | $0.00 | $0.00 | Professional Fee | Intake - initial call with client; fill out new client intake sheet; create contact cards for conflict check database; reserve conference room for consultation & calendar consultation; open matter file; complete new matter pending checklist; open ShareFile folder; send client consultation confirmation email with information for making online payment and uploading documents to ShareFile (no charge) |
| LWD | 07/10/2023 | 0.30 | $0.00 | $0.00 | Professional Fee | Intake - prepare materials for in-person consultation (no charge) |
| KAS | 07/10/2023 | 2.00 | $340.00 | $680.00 | Professional Fee | Review Hague law in preparation for consult; initial consultation with client |
| LWD | 07/11/2023 | 0.20 | $0.00 | $0.00 | Professional Fee | Send Fee Agreement to client via DocuSign and Email to client (no charge) |
| KAS | 07/11/2023 | 1.10 | $340.00 | $374.00 | Professional Fee | Research UK territories; review consult notes and send recap to client via email at client's request |
| LWD | 07/13/2023 | 0.20 | $0.00 | $0.00 | Professional Fee | Intake - send information on how to make international payments to client (no charge) |
| KAS | 07/13/2023 | 0.90 | $340.00 | $306.00 | Professional Fee | Exchange emails with client regarding case and evidence |
| LWD | 07/18/2023 | 0.50 | $0.00 | $0.00 | Professional Fee | Emails to client re: facilitating international payments; follow-up emails to accounting department regarding status of client's payments (no charge) |
| LWD | 07/24/2023 | 0.40 | $0.00 | $0.00 | Professional Fee | Intake - save signed fee agreement to ProLaw; follow up with accounting and client via status of client's retainer payment; work with client & accounting regarding payment (no charge) |
| WAG | 07/31/2023 | 0.20 | $0.00 | $0.00 | Professional Fee | Review PACER; Download current docket report; Email to Attorney Seipel re: same (no charge) |
| KAS | 07/31/2023 | 0.20 | $0.00 | $0.00 | Professional Fee | Confer with Legal Assistant Dudley regarding service (no charge) |
| LWD | 08/01/2023 | 0.30 | $0.00 | $0.00 | Professional Fee | Intake - communicate with client and accounting regarding payment status (no charge) |
| WAG | 08/03/2023 | 0.10 | $0.00 | $0.00 | Professional Fee | Email to client re: retainer options (no charge) |
| WAG | 08/10/2023 | 0.20 | $0.00 | $0.00 | Professional Fee | Meet briefly with client re: retainer and next steps (no charge) |
| LWD | 08/10/2023 | 0.30 | $140.00 | $42.00 | Professional Fee | Scan and save documents brought into office by client |
| KAS | 08/10/2023 | 0.30 | $340.00 | $102.00 | Professional Fee | Exchange emails with client regarding service |
| KAS | 08/13/2023 | 0.30 | $340.00 | $102.00 | Professional Fee | Exchange emails with client regarding hiring Dr. Poppleton |
| KAS | 08/14/2023 | 0.20 | $340.00 | $68.00 | Professional Fee | Exchange emails with Dr. Poppleton regarding case consult |
| KAS | 08/15/2023 | 0.30 | $340.00 | $102.00 | Professional Fee | Exchange emails with client regarding Dr. Poppleton's assistance; exchange emails with Dr. Poppleton regarding the same |
| WAG | 08/16/2023 | 0.20 | $240.00 | $48.00 | Professional Fee | Finalize and email signed engagement agreement to expert witness; Pay expert retainer on-line |
| KAS | 08/16/2023 | 0.20 | $340.00 | $68.00 | Professional Fee | Exchange emails with Dr. Poppleton regarding consult; exchange emails with client regarding the same |

EXHIBIT 1
Page 1 of 9

**BUCKLEY LAW** P.C.

Buckley Law P.C.
5300 Meadows Road, Suite 200
Lake Oswego, OR 97035

## SPIRIT BRIDGER, USDC Case 3:23-cv-00850-IM

| Prof | Date | Units | Price | Amount | Component | Narrative |
|---|---|---|---|---|---|---|
| KDS | 08/17/2023 | 2.50 | $410.00 | $1,025.00 | Professional Fee | Review client documents in preparation for call with Dr. Poppleton; call with Dr. Poppleton (no charge for this call); research status of opposing party's incarceration as relevant to grave risk of harm to children, review news articles; research and reach out to Jersey attorneys who may assist in advising on status of opposing party's release as relevant to grave risk to children |
| LWD | 08/17/2023 | 0.20 | $140.00 | $28.00 | Professional Fee | Set up ShareFile folder and send documents to Dr. Poppleton via ShareFile |
| KAS | 08/17/2023 | 3.70 | $340.00 | $1,258.00 | Professional Fee | Review opposing party's psychiatric records; initial consult with Dr. Poppleton; begin case law research surrounding defenses; confer with Attorney Skinner regarding case issues and potential experts; connect client to Dr. Poppleton to schedule evaluation; send email to Professor Weiner regarding consult |
| WAG | 08/18/2023 | 0.40 | $240.00 | $96.00 | Professional Fee | Emails to/from various potential expert witnesses re: conflict information and possible appointment times |
| WAG | 08/21/2023 | 0.20 | $240.00 | $48.00 | Professional Fee | Emails to/from potential expert witness' office |
| KDS | 08/21/2023 | 1.00 | $410.00 | $410.00 | Professional Fee | Call with potential expert in Jersey; confer with Attorney Seipel regarding strategy and next steps |
| KAS | 08/21/2023 | 3.80 | $340.00 | $1,292.00 | Professional Fee | Prepare for and meet with Attorney Paul Nicholls; confer with Attorney Skinner regarding case; review Jersey judgments; exchange emails with Paul Nicholls regarding the same; case analysis |
| KDS | 08/22/2023 | 2.50 | $410.00 | $1,025.00 | Professional Fee | Research and review of case documents on custody rights, exercise of custody rights, habitual residence, incarcerated petitioner, grave risk, intolerable situation, applicable country to custody rights, client's immigration situation in |
| WAG | 08/22/2023 | 0.20 | $240.00 | $48.00 | Professional Fee | Revise Notice of Appearance; Forward same to Attorney Seipel for final review |
| LWD | 08/22/2023 | 0.10 | $140.00 | $14.00 | Professional Fee | Download and save documents from ShareFile |
| KAS | 08/22/2023 | 5.40 | $340.00 | $1,836.00 | Professional Fee | Exchange emails with client and Dr. Poppleton's office to coordinate meeting; confer with Attorney Skinner regarding case; exchange emails with Paul Nicholls regarding scope of work and fees; revise Notice of Representation; exchange emails with Kristen LaMont to obtain her client file; case analysis; exchange emails with client regarding the same; work on Answer |
| WAG | 08/23/2023 | 0.40 | $240.00 | $96.00 | Professional Fee | Download and save relevant documents from client to electronic case file |
| WAG | 08/23/2023 | 0.20 | $240.00 | $48.00 | Professional Fee | Finalize, scan, e-file, and e-serve Notice of Appearance of Counsel for Respondent; Email same to opposing counsel; Email re: same to client |
| KDS | 08/23/2023 | 1.00 | $410.00 | $410.00 | Professional Fee | Research on mootness argument due to Petitioner's move from country; review Attorney Lamont's file and correspondence between attorneys |
| WAG | 08/23/2023 | 0.40 | $240.00 | $96.00 | Professional Fee | Begin converting exhibits to Response to PDFs in preparation for inclusion for e-filing |
| KAS | 08/23/2023 | 7.70 | $340.00 | $2,618.00 | Professional Fee | Case analysis; confer with Attorney Skinner regarding case; exchange emails with client regarding the same; review client documents; finalize Notice of Appearance; work on Answer; send additional documentation to Dr. Poppleton |

EXHIBIT 1
Page 2 of 9

**BUCKLEY LAW** P.C.

Buckley Law P.C.
5300 Meadows Road, Suite 200
Lake Oswego, OR 97035

## SPIRIT BRIDGER, USDC Case 3:23-cv-00850-IM

| Prof | Date | Units | Price | Amount | Component | Narrative |
|---|---|---|---|---|---|---|
| KDS | 08/24/2023 | 0.90 | $410.00 | $369.00 | Professional Fee | Review and revise Answer and Affirmative Defenses |
| WAG | 08/24/2023 | 0.40 | $240.00 | $96.00 | Professional Fee | Revise Answer and Counterclaims in red-line format; Email same to Attorney Seipel for review |
| KAS | 08/24/2023 | 4.60 | $340.00 | $1,564.00 | Professional Fee | Case analysis; confer with Attorney Skinner regarding case; send emails to UK family law lawyers for conferral; exchange emails with client; consult with Jersey criminal law lawyer |
| WAG | 08/28/2023 | 1.00 | $240.00 | $240.00 | Professional Fee | Begin preparing exhibits to Answer; Revise, scan, and email Answer and Counterclaims to client for review; Email from client |
| KAS | 08/28/2023 | 0.30 | $340.00 | $102.00 | Professional Fee | Finalize Answer |
| WAG | 08/29/2023 | 0.20 | $240.00 | $48.00 | Professional Fee | Download and save Proof of Service filed by opposing counsel; Email to Attorney Seipel re: same |
| WAG | 08/29/2023 | 1.40 | $240.00 | $336.00 | Professional Fee | Review and redact exhibits (246 pages); Finalize, scan, and e-file Answer and Affirmative Defenses; Email Same to opposing counsel; Email same to client |
| KAS | 08/29/2023 | 0.50 | $340.00 | $170.00 | Professional Fee | Exchange emails with client regarding Answer; confer with Attorney Skinner regarding case timeline/scheduling |
| KDS | 08/30/2023 | 0.30 | $410.00 | $123.00 | Professional Fee | Confer with Attorney Seipel regarding case strategy and setting case management hearing |
| KAS | 08/30/2023 | 0.30 | $340.00 | $102.00 | Professional Fee | Leave voicemail for and exchange emails with opposing counsel regarding scheduling |
| KAS | 09/01/2023 | 0.40 | $340.00 | $136.00 | Professional Fee | Exchange emails with opposing counsel regarding conferral on Rule 16 checklist |
| KAS | 09/05/2023 | 0.40 | $340.00 | $136.00 | Professional Fee | Call with opposing counsel regarding Rule 16 checklist |
| KDS | 09/05/2023 | 0.40 | $410.00 | $164.00 | Professional Fee | Review checklist and request for expedited trial |
| WAG | 09/05/2023 | 0.70 | $240.00 | $168.00 | Professional Fee | Revise, finalize, and prepare Rule 16 Checklist as exhibit to Brief; Revise, finalize, scan, and e-file Respondent's Brief in Support of Request for Expedited Trial Date; Email same to opposing counsel; Email re: same to client; Email Rule 16 Checklist to court in Word format |
| KAS | 09/05/2023 | 3.50 | $340.00 | $1,190.00 | Professional Fee | Confer with Attorney Skinner regarding case; draft Rule 16 checklist and supporting brief; analyze case and moving for sanctions |
| KDS | 09/06/2023 | 0.20 | $410.00 | $82.00 | Professional Fee | Confer with Attorney Seipel regarding case strategy and timing of possible motion for sanctions |
| KAS | 09/06/2023 | 1.50 | $340.00 | $510.00 | Professional Fee | Exchange emails with court regarding scheduling Rule 16 conference; confer with Attorney Skinner regarding case; exchange emails with client regarding retaining Jersey criminal law lawyer as expert; exchange emails with Paul Nicholls and Merle Weiner |
| KAS | 09/07/2023 | 0.20 | $340.00 | $68.00 | Professional Fee | Exchange emails with court regarding status conference |
| KAS | 09/08/2023 | 2.00 | $340.00 | $680.00 | Professional Fee | Exchange emails with opposing counsel regarding status conference; exchange emails with client regarding the same; confer with Attorney Skinner regarding case; exchange emails with attorney David Steenson regarding next steps |

EXHIBIT 1
Page 3 of 9

**BUCKLEY LAW** P.C.

Buckley Law P.C.
5300 Meadows Road, Suite 200
Lake Oswego, OR 97035

## SPIRIT BRIDGER, USDC Case 3:23-cv-00850-IM

| Prof | Date | Units | Price | Amount | Component | Narrative |
|---|---|---|---|---|---|---|
| KAS | 09/11/2023 | 1.60 | $340.00 | $544.00 | Professional Fee | Email expert attorney Merle Weiner regarding consult; email David Steenson regarding meeting; confer with Attorney Skinner regarding case; continue case analysis and legal research |
| KAS | 09/12/2023 | 1.00 | $340.00 | $340.00 | Professional Fee | Meet with attorney David Steenson |
| KDS | 09/13/2023 | 0.30 | $410.00 | $123.00 | Professional Fee | Confer with Attorney Seipel regarding next steps in case and timing of deadlines |
| WAG | 09/13/2023 | 0.50 | $240.00 | $120.00 | Professional Fee | Confer with Attorney Seipel re: hearing; Download, save, and email order after hearing to client; Calendar all deadlines, pre-trial hearing, and Trial dates |
| KAS | 09/13/2023 | 2.30 | $340.00 | $782.00 | Professional Fee | Attend status conference; exchange emails with Dr. Poppleton; continue case analysis |
| WAG | 09/14/2023 | 0.20 | $240.00 | $48.00 | Professional Fee | Create Zoom invite and email same to potential trial expert |
| WAG | 09/14/2023 | 0.40 | $240.00 | $96.00 | Professional Fee | Email to/from court re: requested copies of exhibits to Answer; Print hard copies and begin creating notebook of same for delivery to Judge |
| KAS | 09/14/2023 | 0.40 | $340.00 | $136.00 | Professional Fee | Confer with Paralegal Goodyear and Attorney Skinner regarding delivery of exhibits; exchange emails with Dr. Poppleton |
| WAG | 09/15/2023 | 0.50 | $240.00 | $120.00 | Professional Fee | Prepare index and finish creating notebook of exhibits to Answer and Affirmative Defenses for delivery to judge; Print expert article for Attorney Seipel for review |
| KAS | 09/15/2023 | 4.40 | $340.00 | $1,496.00 | Professional Fee | Review Hague treatise; prepare for and meet with Merle Weiner; continue case analysis; exchange emails with client regarding the same |
| KDS | 09/18/2023 | 1.40 | $410.00 | $574.00 | Professional Fee | Travel to/from courthouse; deliver hard copy of Answer and exhibits to judge's clerk per court's request |
| KAS | 09/18/2023 | 1.00 | $340.00 | $340.00 | Professional Fee | Call with Dr. Poppleton |
| KAS | 09/19/2023 | 0.60 | $340.00 | $204.00 | Professional Fee | Exchange emails with opposing counsel regarding delivery of exhibits; confer with Paralegal Goodyear regarding the same |
| KDS | 09/20/2023 | 0.40 | $410.00 | $164.00 | Professional Fee | Confer with Attorney Seipel regarding requirement forthcoming deadlines and various witness statement requirements; discuss expert witnesses |
| LWD | 09/20/2023 | 0.20 | $140.00 | $28.00 | Professional Fee | Create and send link for zoom meeting to UK expert and Attorney Seipel |
| KAS | 09/20/2023 | 4.50 | $340.00 | $1,530.00 | Professional Fee | Work to obtain immigration attorney consult; confer with Attorney Skinner regarding presentation of exhibits to opposing counsel; draft and send email to opposing counsel regarding the same; confer with Attorney Skinner regarding expert witnesses; consult with Attorney Marandas; work on analysis of custodial rights; confer with Attorney Steenson regarding next steps |
| KDS | 09/21/2023 | 0.80 | $410.00 | $328.00 | Professional Fee | Analyze immigration issue, review lay witness statement draft, confer with Attorney Seipel regarding trial preparation |
| WAG | 09/21/2023 | 0.80 | $240.00 | $192.00 | Professional Fee | Confer with Attorney Seipel re: upcoming deadlines and disclosures; Draft Expert Witness Disclosure; Forward to Attorney Seipel for review |

EXHIBIT 1
Page 4 of 9

**BUCKLEY LAW** P.C.

Buckley Law P.C.
5300 Meadows Road, Suite 200
Lake Oswego, OR 97035

## SPIRIT BRIDGER, USDC Case 3:23-cv-00850-IM

| Prof | Date | Units | Price | Amount | Component | Narrative |
|---|---|---|---|---|---|---|
| KAS | 09/21/2023 | 5.30 | $340.00 | $1,802.00 | Professional Fee | Consult with Scottish immigration attorney; meet with client via zoom regarding case updates; exchange emails with Attorney McWilliams and client regarding client's visa status; confer with Attorney Skinner regarding the same; exchange emails with client regarding witnesses and contact information; draft witness list; confer with Attorney Skinner regarding witnesses; voicemail from opposing counsel regarding motions in limine; send email to opposing counsel regarding the same; receive and review terms and conditions from Attorney Steenson |
| WAG | 09/22/2023 | 1.00 | $240.00 | $240.00 | Professional Fee | Confer with Attorney Seipel re: exhibits; Draft Exhibit List; Forward same to Attorney Seipel for review |
| WAG | 09/22/2023 | 3.00 | $240.00 | $720.00 | Professional Fee | Review, compile, index, redact, and bookmark exhibits in preparation for service on opposing counsel; Finalize, scan, and email Exhibit List, Expert Disclosures, and Lay Witness List to opposing counsel with exhibits; Email re: same to client |
| WAG | 09/22/2023 | 0.20 | $0.00 | $0.00 | Professional Fee | Finalize, scan, and email signed engagement letter to David Steenson's office; Confer with accounting manager re: wiring funds for retainer (no charge) |
| KDS | 09/22/2023 | 0.40 | $410.00 | $164.00 | Professional Fee | Review and revise lay and expert witness list and statements |
| KAS | 09/22/2023 | 5.10 | $340.00 | $1,734.00 | Professional Fee | Voicemail from opposing counsel regarding DHR learning summary; call from opposing counsel regarding settlement; exchange emails with client regarding the same; send email to Attorney Steenson requesting CV; revise and finalize lay witness statement; revise and finalize expert witness statement; revise and finalize exhibit list |
| KDS | 09/25/2023 | 0.30 | $410.00 | $123.00 | Professional Fee | Review and revise communication to opposing counsel; confer with Attorney Seipel regarding case strategy |
| WAG | 09/25/2023 | 0.40 | $240.00 | $96.00 | Professional Fee | Email from/to expert witness re: signed engagement agreement; Create paperwork for and arrange for transfer of expert retainer via international wire |
| KAS | 09/25/2023 | 3.70 | $340.00 | $1,258.00 | Professional Fee | Confer with client regarding opposing party's witnesses; draft and send email to opposing counsel regarding improper disclosures and motion in limine; receive and review opposing party's witness statement; forward the same to client and Dr. Poppleton; confer with client regarding the same; confer with Legal Assistant Dudley regarding witness interviews; work on trial memo |
| KAS | 09/26/2023 | 0.30 | $340.00 | $102.00 | Professional Fee | Send email to opposing counsel regarding voicemails regarding motion in limine |
| WAG | 09/27/2023 | 0.10 | $240.00 | $24.00 | Professional Fee | Email to US consulate in Scotland re: dates closed during Covid pandemic |
| KAS | 09/27/2023 | 0.80 | $340.00 | $272.00 | Professional Fee | Receive and review email from opposing counsel purporting to be witness statements/disclosures |
| MGV | 09/28/2023 | 1.10 | $125.00 | $137.50 | Professional Fee | Assemble notebooks of exhibits for use in trial. |
| WAG | 09/28/2023 | 0.30 | $240.00 | $72.00 | Professional Fee | Email to expert witness requesting copy of CV for use as exhibit; Email to/from court re: instructions for delivery of hard-copy of exhibits to court staff |
| WAG | 09/28/2023 | 0.30 | $0.00 | $0.00 | Professional Fee | Instructions to and confer with Legal Assistant Via re: creation of exhibit notebooks (no charge) |

EXHIBIT 1
Page 5 of 9



**BUCKLEY LAW P.C.**

Buckley Law P.C.
5300 Meadows Road, Suite 200
Lake Oswego, OR 97035

## SPIRIT BRIDGER, USDC Case 3:23-cv-00850-IM

| Prof | Date | Units | Price | Amount | Component | Narrative |
|---|---|---|---|---|---|---|
| WAG | 09/28/2023 | 3.00 | $240.00 | $720.00 | Professional Fee | Review email from opposing counsel; Download and save exhibits received from opposing counsel; Draft cover pleading to accompany Respondent's Exhibit for e-filing; Draft Joint Exhibit List; Draft Joint Witness and Summary of Witness Statements; Forward pleadings to Attorney Seipel for review |
| KAS | 09/28/2023 | 6.60 | $340.00 | $2,244.00 | Professional Fee | Confer with Paralegal Goodyear regarding consulate closure dates; receive and review exhibits from opposing counsel; forward the same to client; work on trial memorandum; confer with Paralegal Goodyear regarding Attorney Steenson's CV |
| WAG | 09/29/2023 | 0.40 | $240.00 | $96.00 | Professional Fee | Calls (x2) from opposing counsel; Confer with Attorney Seipel re: same |
| JWT | 09/29/2023 | 0.80 | $475.00 | $380.00 | Professional Fee | Review, edit and comment on Respondent's Trial Memorandum; |
| WAG | 09/29/2023 | 3.20 | $240.00 | $768.00 | Professional Fee | Receive CV from Expert David Steenson and prepare same as trial exhibit; Finalize cover sheet for Respondent's Trial Exhibits and combine with exhibits; Proofread, revise, and finalize Respondent's Motion in Limine; Proofread, revise, and finalize Respondent's Trial Memorandum; Finalize Joint Witness List and Joint Exhibit List; Scan, e-file, and e-serve all pleadings, including: Respondent's Motion in Limine, Joint Exhibit List, Joint Witness List, Respondent's Trial Exhibits; and Respondent's Trial Memorandum; Email same to opposing Email re: same to client; Print all pleadings and prepare them for delivery with exhibits to the court |
| KAS | 09/29/2023 | 8.20 | $340.00 | $2,788.00 | Professional Fee | Confer with Dr. Poppleton regarding additional documentation received from opposing; conduct research regarding sanctions in Hague cases; draft motion in limine for sanctions; review and revise joint witness list and joint exhibit list; complete trial memorandum; draft short objection to opposing's motion in limine and send to opposing counsel via email; deliver exhibits to the court |
| WAG | 10/02/2023 | 0.20 | $240.00 | $48.00 | Professional Fee | Email from/to client; Confer with Attorney Seipel re: any contact from opposing counsel following judge's order? (none received) |
| WAG | 10/03/2023 | 0.10 | $240.00 | $24.00 | Professional Fee | Download scheduling order from court docket; Email to Attorney Seipel re: same |
| WAG | 10/03/2023 | 0.20 | $240.00 | $48.00 | Professional Fee | Email copies of Petition, Answer, and Trial Exhibits to Expert Witness Steenson |
| KAS | 10/03/2023 | 1.60 | $340.00 | $544.00 | Professional Fee | Send email to Dr. Poppleton regarding conferral and report; confer with Paralegal Goodyear regarding documents to send to Attorney Steenson for review; receive witness contact information from opposing counsel; send email to opposing counsel requesting documents Dr. McGuire relied upon; exchange emails with client regarding updates |
| KAS | 10/04/2023 | 1.80 | $340.00 | $612.00 | Professional Fee | Review case law and send to Legal Assistant Dudley for witness interviews; confer with Dr. Poppleton regarding analysis; confer with client regarding trial preparations; receive and review emails from opposing counsel regarding discovery; analyze motion for summary judgment |

EXHIBIT 1
Page 6 of 9

**BUCKLEY LAW** P.C.

Buckley Law P.C.
5300 Meadows Road, Suite 200
Lake Oswego, OR 97035

## SPIRIT BRIDGER, USDC Case 3:23-cv-00850-IM

| Prof | Date | Units | Price | Amount | Component | Narrative |
|---|---|---|---|---|---|---|
| WAG | 10/05/2023 | 0.70 | $240.00 | $168.00 | Professional Fee | Prepare exhibits to Supplemental Brief; Proofread, revise, finalize, scan, e-file, and e-serve Supplemental Brief in Support of Respondent's Motion in Limine; Email same to opposing party; Email re: same to client |
| LWD | 10/05/2023 | 1.00 | $140.00 | $140.00 | Professional Fee | Review case law and prepare for witness interview |
| KAS | 10/05/2023 | 2.50 | $340.00 | $850.00 | Professional Fee | Draft supplemental brief in support of motion in limine; confer with Attorney Skinner regarding the same |
| WAG | 10/06/2023 | 0.40 | $240.00 | $96.00 | Professional Fee | Download and save new Scheduling Order from court; Confer with Attorney Seipel re: same |
| LWD | 10/06/2023 | 3.00 | $140.00 | $420.00 | Professional Fee | Make phone calls to witnesses and perform interviews; type up & edit notes on calls and send to team |
| KAS | 10/06/2023 | 0.70 | $340.00 | $238.00 | Professional Fee | Receive email from opposing counsel regarding discovery; receive and review judge's order on motion in limine; forward the same to client; exchange emails with court regarding opposing party's request for telephonic appearance at trial |
| LWD | 10/09/2023 | 0.20 | $140.00 | $28.00 | Professional Fee | Call with Lisa Conway |
| KAS | 10/09/2023 | 0.40 | $340.00 | $136.00 | Professional Fee | Exchange emails with Attorney Steenson regarding trial preparations |
| WAG | 10/10/2023 | 0.10 | $240.00 | $24.00 | Professional Fee | Download and save Petitioner's Trial Memorandum; Email same to client for review |
| KAS | 10/10/2023 | 0.80 | $340.00 | $272.00 | Professional Fee | Email from opposing counsel regarding opposing party's telephonic appearance at trial; receive and review opposing's trial memorandum; send email to Dr. Poppleton regarding conferral for trial prep |
| WAG | 10/11/2023 | 0.10 | $240.00 | $24.00 | Professional Fee | Download, save, and email to client most recent court order |
| WAG | 10/12/2023 | 0.80 | $240.00 | $192.00 | Professional Fee | Compile exhibits to Second Supplemental Brief and send to Attorney Seipel for review; Proofread, revise, finalize, scan, e-file, and e-serve Second Supplemental Brief in Support of Respondent's Motion in Limine; Email same to opposing counsel; Email re: same to client; Copy and prepare same for delivery to judge in hard-copy; |
| WAG | 10/12/2023 | 0.20 | $240.00 | $48.00 | Professional Fee | Email from court; Email to/from client re: hearing |
| SJH | 10/12/2023 | 0.50 | $280.00 | $140.00 | Professional Fee | Deliver documents to federal courthouse. |
| LWD | 10/12/2023 | 1.50 | $140.00 | $210.00 | Professional Fee | Call with and email to Rayya Ghul; call with Nikki Sirstadt; call with Morgan Sanborn re: getting in touch with her husband; call to Andrea Knight; revise/edit witness call notes, and send updated copy of notes to team |
| KAS | 10/12/2023 | 3.20 | $340.00 | $1,088.00 | Professional Fee | Confer with Paralegal Goodyear regarding documents to produce to Dr. Poppleton; draft second supplemental brief in support of motion in limine; receive and review order from court regarding opposing's ex parte submissions; receive and review additional discovery from opposing; receive correspondence from court regarding tomorrow's pretrial conference |
| MGV | 10/13/2023 | 1.20 | $125.00 | $150.00 | Professional Fee | Assemble notebooks of exhibits for the use of the client and the witness box in trial. |

EXHIBIT 1
Page 7 of 9

**BUCKLEY LAW** P.C.

Buckley Law P.C.
5300 Meadows Road, Suite 200
Lake Oswego, OR 97035

## SPIRIT BRIDGER, USDC Case 3:23-cv-00850-IM

| Prof | Date | Units | Price | Amount | Component | Narrative |
|---|---|---|---|---|---|---|
| WAG | 10/13/2023 | 2.00 | $240.00 | $480.00 | Professional Fee | Trial prep (continued): Create notebook for Petitioner's possible trial exhibits; Compile, print, and index relevant pleadings for pre-trial conference; Create notebook of same; Draft exhibit list for use at trial; Confer with Attorney Seipel re: needs for pre-trial conference and result of same |
| KAS | 10/13/2023 | 3.90 | $340.00 | $1,326.00 | Professional Fee | Prepare for pretrial conference; Travel to/from federal courthouse and attend pretrial conference |
| KAS | 10/14/2023 | 10.70 | $340.00 | $3,638.00 | Professional Fee | Trial preparation, including preparing trial notes and witness questions |
| KAS | 10/15/2023 | 9.30 | $340.00 | $3,162.00 | Professional Fee | Trial preparation including continuing to draft witness questions and reviewing exhibits, motions, and court documents |
| WAG | 10/16/2023 | 2.00 | $240.00 | $480.00 | Professional Fee | Proofread, finalize, scan, and e-file Notice of Intent to Seek Fees; Email same to opposing counsel; Download, save, and print additional filings by opposing counsel; Print additional emails with attachments, case law, and various documents for use in court; Create notebook for case law for judge |
| WAG | 10/16/2023 | 1.00 | $240.00 | $240.00 | Professional Fee | Travel to/from Federal Courthouse to deliver additional notebooks to Attorney Seipel |
| WAG | 10/16/2023 | 0.10 | $240.00 | $24.00 | Professional Fee | Email to/from witness re: testifying remotely |
| MKJ | 10/16/2023 | 0.50 | $130.00 | $65.00 | Professional Fee | Deliver binders to Attorney Seipel at court |
| KAS | 10/16/2023 | 9.80 | $340.00 | $3,332.00 | Professional Fee | Review materials in preparation for trial; travel to/from courthouse and attend trial |
| WAG | 10/17/2023 | 1.00 | $240.00 | $240.00 | Professional Fee | Draft Supplemental Exhibit List and cover sheet to Supplemental Exhibit; Redact and prepare Exhibit 131 in preparation for submission to court; Email all to Attorney Seipel for review |
| WAG | 10/17/2023 | 0.50 | $240.00 | $120.00 | Professional Fee | Email expert witness re: court information for remote testimony; Call to local witnesses re: confirming availability and information for appearance at trial on 10/18/2023; Email re: same to Attorney Seipel |
| WAG | 10/17/2023 | 0.40 | $0.00 | $0.00 | Professional Fee | Email to/from expert witness' office; Obtain approval for and coordinate payment of invoice for same (no charge) |
| KAS | 10/17/2023 | 12.10 | $340.00 | $4,114.00 | Professional Fee | Continue with trial preparations; travel to/from courthouse and attend trial |
| WAG | 10/18/2023 | 0.40 | $240.00 | $96.00 | Professional Fee | Finalize, scan, e-file, and e-serve Respondent's Supplemental Exhibit List and Respondent's Supplemental Exhibit; Email re: same to opposing counsel; Print copies for delivery to court; Email to witness re: access to courthouse |
| WAG | 10/18/2023 | 0.70 | $240.00 | $168.00 | Professional Fee | Travel to/from federal courthouse to deliver additional documents to Attorney Seipel |
| KAS | 10/18/2023 | 12.00 | $340.00 | $4,080.00 | Professional Fee | Prepare for final day of trial; travel to/from courthouse and attend trial |
| WAG | 10/19/2023 | 0.90 | $240.00 | $216.00 | Professional Fee | Proofread, revise, finalize, redact, scan, e-file, and e-serve Respondent's Closing Argument; Email same to client; Print copy for Attorney Seipel for delivery to Judge Immergut |
| WAG | 10/19/2023 | 0.50 | $0.00 | $0.00 | Professional Fee | Confer with Attorney Seipel re: results of day 3 of trial; Discuss next steps for written closing arguments (no charge) |

EXHIBIT 1
Page 8 of 9

**BUCKLEY LAW** P.C.

Buckley Law P.C.
5300 Meadows Road, Suite 200
Lake Oswego, OR 97035

## SPIRIT BRIDGER, USDC Case 3:23-cv-00850-IM

| Prof | Date | Units | Price | Amount | Component | Narrative |
|---|---|---|---|---|---|---|
| KAS | 10/19/2023 | 5.60 | $340.00 | $1,904.00 | Professional Fee | Write closing argument and send to Paralegal Goodyear to proofread and submit to court |
| WAG | 10/24/2023 | 0.20 | $240.00 | $48.00 | Professional Fee | Download and save Judge's Opinion and Judgment; Calendar deadline for opposing's appeal of ruling |
| WAG | 10/24/2023 | 0.60 | $240.00 | $144.00 | Professional Fee | Read, review, and confer with team re: court ruling (no charge) |
| WAG | 10/25/2023 | 0.50 | $240.00 | $120.00 | Professional Fee | Email expert witness copy of ruling by Judge Immergut; Download and save news article; Email same to Attorney Seipel; Email client re: news article (no charge) |
|  | TOTAL | 219.40 |  | $68,926.50 |  |  |

### FEES

| Initials | Hours | Rate | Total |
|---|---|---|---|
| JWT | 0.8 | 475.00 | $380.00 |
| KDS | 12.4 | 410.00 | $5,084.00 |
| KAS | 159.8 | 340.00 | $54,332.00 |
| KAS | 0.2 | 0.00 | $0.00 |
| SJH | 0.5 | 280.00 | $140.00 |
| WAG | 2.3 | 0.00 | $0.00 |
| WAG | 32.2 | 240.00 | $7,728.00 |
| LWD | 1.9 | 0.00 | $0.00 |
| LWD | 6.5 | 140.00 | $910.00 |
| MKJ | 0.5 | 130.00 | $65.00 |
| MGV | 2.3 | 125.00 | $287.50 |
|  | 219.4 |  | $68,926.50 |

### COSTS

| Date | Description | Total |
|---|---|---|
| 8/10/2023 | Expert Witness Retainer: Poppleton | $3,750.00 |
| 9/5/2023 | Research Costs | $683.91 |
| 9/19/2023 | Expert Witness Fee: Weimer | $400.00 |
| 9/21/2023 | Mileage Reimbursement | $12.31 |
| 9/25/2023 | Expert Fee: Steenson | $5,195.15 |
| 10/18/2023 | Expert Witness Fee: Poppleton | $7,968.75 |
| 10/18/2023 | Mileage/Parking Reimbursement | 14.76 |
| 10/20/2023 | Mileage/Parking Reimbursement | 12.76 |
| 10/20/2023 | Mileage/Parking Reimbursement | 86.83 |
| 10/24/2023 | Mileage/Parking Reimbursement | 12.71 |
| 10/24/2023 | Mileage/Parking Reimbursement | 12.71 |
|  | TOTAL | $18,149.89 |

EXHIBIT 1
Page 9 of 9